JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACKSON, JIMMIE LEE,** | Case No. 2:18-cv-08315-JVS-KK |
| Plaintiff, | ***ORDER*** |
| **v.** | |
| **DEAN BORDERS, et al.,** | |
| Defendants. | |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the stipulation of the parties, this action is **DISMISSED WITH PREJUDICE**. Each party is to bear its own litigation costs and attorneys' fees.

IT IS SO ORDERED.

Dated: July 15, 2019

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE